SEALED
Case 2:13-cr-00011-JAM   Document 1   Filed 01/16/13   Page 1 of 6
FILED
JAN 16 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

THOMAS E. PEREZ
Assistant Attorney General
CHIRAAG BAINS
Trial Attorney
U.S. Department of Justice
Civil Rights Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 514-3204

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                          )
            Plaintiff,    )  2:13 - CR - 0 0 1 1 JAM
                          )  CR. No. _____
       v.                 )
                          )
BILLY JAMES HAMMETT,      )  VIOLATIONS: 18 U.S.C. § 371
PERRY SYLVESTER JACKSON, and ) (Conspiracy); 18 U.S.C. § 249
ANTHONY MERRELL TYLER,    )  (Hate Crime)
                          )
            Defendants.   )

I N D I C T M E N T

The Grand Jury charges:

COUNT ONE: [18 U.S.C. § 371 - Conspiracy]

The Conspiracy and Its Object

On or about April 18, 2011, in Yuba County, within the Eastern District of California, the defendants,

BILLY JAMES HAMMETT,
PERRY SYLVESTER JACKSON, and
ANTHONY MERRELL TYLER,

knowingly and willfully conspired and agreed with each other to commit an offense against the United States, namely, to willfully cause bodily injury to R.C., who is Caucasian, and S.L., who is African American, because of S.L.'s actual and perceived race and color, in violation of Title 18, United States Code, Section 249.

## Overt Acts

In furtherance of the conspiracy and to effect the object of the conspiracy, the following overt acts, among others, were committed on or about April 18, 2011, at the Full Stop convenience store on North Beale Street in Marysville, California, in the Eastern District of California:

(1) Defendant PERRY SYLVESTER JACKSON referred to R.C. as a "nigger lover" when R.C. entered the parking lot accompanied by three African American women, two in the same car as him and one in a second car.

(2) Defendant BILLY JAMES HAMMETT attempted to distract R.C. and S.L. by approaching at the driver's side of their parked car as R.C. and S.L. sat in the car.

(3) Defendant BILLY JAMES HAMMETT referred to S.L. as a "nigger."

(4) Defendant PERRY SYLVESTER JACKSON ran toward R.C. from the passenger side of the parked car and punched R.C. as R.C. sat in the front passenger seat.

(5) Defendant BILLY JAMES HAMMETT opened the driver-side door of the car in which R.C. and S.L. were sitting, kicked S.L., and struck S.L. in the head.

(6) Defendant PERRY SYLVESTER JACKSON opened the front passenger-side door of the car in which R.C. was sitting.

  (7) Defendant ANTHONY MERRELL TYLER brandished a crowbar and swung the crowbar at the front windshield of the car in which R.C. and S.L. were sitting, smashing the windshield.

  (8) Defendant PERRY SYLVESTER JACKSON punched R.C. after R.C. exited the car, knocking R.C. to the ground.

  (9) Defendant PERRY SYLVESTER JACKSON punched R.C. when R.C. was on the ground and pursued R.C. as R.C. fled.

  (10) Defendant BILLY JAMES HAMMETT attempted to strike R.C. and pursued R.C. as R.C. fled.

  (11) Defendant ANTHONY MERRELL TYLER began to swing the crowbar at R.C. while R.C. was lying on the ground, and then pursued R.C. as R.C. fled.

  (12) Defendant ANTHONY MERRELL TYLER referred to G.W., an African American eyewitness at the Full Stop convenience store who had arrived at the Full Stop with R.C., as a "nigger."

  All in violation of Title 18, United States Code, Sections 371 and 249.

COUNT TWO: [18 U.S.C. § 249 - Hate Crime]

  On or about April 18, 2011, in Yuba County, within the Eastern District of California, the defendants,

    BILLY JAMES HAMMETT,
   PERRY SYLVESTER JACKSON, and
    ANTHONY MERRELL TYLER,

while aiding and abetting each other, willfully caused bodily injury to R.C. because of the actual and perceived race and color of S.L., who is African American, in violation of Title 18, United States Code, Sections 249 and 2.
3

1 COUNT THREE: [18 U.S.C. § 249 - Hate Crime]

2     On or about April 18, 2011, in Yuba County, within the
3 Eastern District of California, the defendants,

                BILLY JAMES HAMMETT,
         PERRY SYLVESTER JACKSON, and
            ANTHONY MERRELL TYLER,

while aiding and abetting each other, willfully caused bodily injury to S.L. because of the actual and perceived race and color of S.L., who is African American, in violation of Title 18, United States Code, Sections 249 and 2.

A TRUE BILL.

/s/ Signature on file w/AUSA

FOREPERSON

*[signature: Benjamin Wagner]*
BENJAMIN B. WAGNER
United States Attorney

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

---

THE UNITED STATES OF AMERICA
vs.

BILLY JAMES HAMMETT,
PERRY SYLVESTER JACKSON and
ANTHONY MERRELL TYLER

---

### INDICTMENT

**VIOLATION(S):**   18 U.S.C. § 371 (Conspiracy);
18 U.S.C. § 249 (Hate Crime).

---

*A true bill,*

/s/ Signature on file w/AUSA
*Foreman.*

Filed in open court this \_\_\_\_ 16 \_\_\_\_ day

of \_\_ JANUARY \_\_, A.D. 20 13 \_\_

*Clerk.*

Bail, $ All defendants :   **WARRANT: NO BAIL PENDING HEARING**

Dale A. Drozd

---

GPO 863 525

## PENALTY SLIP

BILLY JAMES HAMMETT
PERRY SYLVESTER JACKSON
ANTHONY MERRELL TYLER

COUNT ONE:	18 U.S.C. § 371 - Conspiracy
	NMT $250,000, and/or
	NMT 5 years Imprisonment, or both
	NMT 3 years Supervised Release

COUNT TWO:	18 U.S.C § 249 – Hate Crime
	NMT $250,000 and/or
	NMT 10 years Imprisonment, or both
	NMT 3 years Supervised Release

COUNT THREE:	18 U.S.C § 249 – Hate Crime
	NMT $250,000 and/or
	NMT 10 years Imprisonment, or both
	NMT 3 years Supervised Release

COURT ASSESSMENT:	$100 each count