MARK J. REICHEL, Bar #155034
Attorney At Law
455 Capitol Mall, 8th Floor, Suite 802
Sacramento, California  95814
Telephone: (916) 498-9258
Fax:       (916) 441-6553
mark@reichellaw.com
www.reichelplesser.com

Attorney for Defendant
PERRY S. JACKSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
|                              ) | NO. 2:13-CR-0011-JAM |
|         Plaintiff,           ) | |
|                              ) |  MEMORANDUM |
|    v.                        ) | |
|                              ) | Date: April 29, 2014 |
|                              ) | Time: 9:45 a.m. |
|                              ) | Judge: Hon. John Mendes |
| PERRY S. JACKSON, et. al,    ) | |
|                              ) | |
|         Defendant.            | |

Defendant has not decided as to whether he will withdraw his previously entered plea of guilty now that the cor has advised that it will not be following the 11(c)(1)(C) plea agreement for the recommended 57 months.

If the defendant stands by his plea of guilty, he will present to the court mitigation information. There was no need to do so, and indeed no opportunity to do so, the last time he was in court on April 22, 2014.  At that time, the court advised that it would not follow the plea agreement; until the defendant was advised of such there was no

Status Memorandum

reason to provide the court any evidence by way of mitigation. The matter did not proceed to sentencing that day, and so now this defendant may in fact be appearing before the court for sentencing on April 29, 2014.  He desires to preserve his rights to submit mitigating circumstances to the court at sentencing.

Dated: April 25, 2014

                                    Respectfully submitted,

                                    MARK J. REICHEL
                                    Attorney at Law

                                    /s/ *Mark J. Reichel*
                                    Attorney for Defendant

Status Memorandum                                        2