1 | PHILLIP A. TALBERT
United States Attorney
2 | ROSANNE L. RUST
Assistant United States Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5
6 | Attorneys for Plaintiff
7
8                UNITED STATES DISTRICT COURT
9                EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,            CASE NO. 2:13-CR-00011-JAM

12 |                Plaintiff,
                                         CERTIFICATE OF SERVICE BY MAIL
13 | v.

14 | BILLY JAMES HAMMETT, et al.,

15 |                Defendants.

16

1

CERTIFICATE OF SERVICE

**CERTIFICATE OF SERVICE BY MAIL**

The undersigned hereby certifies that he/she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on January 05, 2017 a copy of the DESIGNATION OF COUNSEL and CERTIFICATE OF SERVICE was served by placing said copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Sacramento, California.

Addressee(s):

**Perry Sylvester Jackson**
69688-097
HERLONG
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 800
Herlong, CA 96113

/s/ C. Buxbaum
C. BUXBAUM

2

CERTIFICATE OF SERVICE