UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
November 21, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES OF AMERICA, )
        Plaintiff, )
v. )
   )
PERRY SYLVESTER JACKSON, )
        Defendant. )

Case No. 2:13CR00011-JAM-2

ORDER FOR RELEASE OF PERSON IN CUSTODY

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  PERRY SYLVESTER JACKSON , Case No. 2:13CR00011-JAM-2 , Charge  Supervise Release Violation  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    __    Bail Posted in the Sum of $_____

           __    Unsecured Appearance Bond $_____

           __    Appearance Bond with 10% Deposit

           __    Appearance Bond with Surety

           __    Corporate Surety Bail Bond

           ✔    (Other)    Conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  November 21, 2017  at  2:00 pm  .

           By   /s/ Allison Claire/s/ Allison Claire
                 Allison Claire
                 United States Magistrate Judge

Copy 2 - Court